IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01089-CMA-KLM

JAMI J. JENSEN, and
CAMERON FITCH.

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Vacate Scheduling Order** [Docket No. 12; Filed September 15, 2010] (the "Motion"). Pursuant to the Motion, the parties indicate that they have reached a settlement that resolves the issues in the case. Although the parties request that the Court vacate and reset the Scheduling Conference, due to the settlement, the Court finds that it is unnecessary to reset the Scheduling Conference at this time. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**. The Scheduling Conference set for September 23, 2010 at 10:30 a.m. is **vacated** and will be reset at a later date if appropriate.

    IT IS FURTHER **ORDERED** that the parties shall file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on or before **November 1, 2010**.

    Dated: September 16, 2010