**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01089-CMA-KLM

JAMI J. JENSEN, and
CAMERON FITCH,

     Plaintiffs,

v.

UNITED STATES OF AMERICA,

     Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

     Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the parties' Joint

Stipulation Of Dismissal (Doc. # 17) signed by the attorneys for the parties hereto it is

     ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE,

each party to pay his, her or its own costs of litigation, to include attorney fees.

     DATED:  January __04__, 2011

                    BY THE COURT:

                    _Christine M Arguello_

                    CHRISTINE M. ARGUELLO
                    United States District Court Judge